# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BRANDON DEMARLO MONGHUR,

    Petitioner,

vs.

WARDEN BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-01653-JCM-PAL

**ORDER**

    Petitioner having filed a motion to dismiss unexhausted grounds 7, 8, 11, 12, 13, and 15 (#14), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to dismiss unexhausted grounds 7, 8, 11, 12, 13, and 15 (#14) is **GRANTED**. Grounds 7, 8, 11, 12, 13, and 15 are **DISMISSED** from this action.

    DATED:   November 12, 2013.

                                         _____
                                         JAMES C. MAHAN
                                         United States District Judge